UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES f/u/o, SACHS ELECTRIC COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:06CV939MLM |
| SHARKS & SHARKS GENERAL, CONTRACTORS, INC. | ) ) ) | |
| AND | ) ) | |
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on the Joint Motion to Stay Litigation filed by defendant and plaintiffs. [Doc. 22] The court has considered the Motion and finds it should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff and defendants' Motion to Stay Litigation is GRANTED and the above-styled case is stayed pending the disposition of Sharks' action pending before the Board of Contract Appeals contemplated under the parties' Agreement to Stay. Upon disposition of Sharks' action pending before the Board of Contract Appeals, the parties shall notify this court of such disposition within thirty (30) days. [Doc. 22]

**IT IS FURTHER ORDERED** that if the matter has not been resolved within six months, the parties shall provide a status report to this court no later than **September 5, 2007**.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  5th  day of March, 2007.